UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

eIQ ENERGY INC., Individually
and on behalf of all others similarly situated,

Plaintiff,

v.

AVX CORPORATION, et al.

Defendants.

Case No. 2:14-cv-04826-ES-MAH

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff dismisses

this action without prejudice.

Respectfully submitted,

Dated:  September 11, 2014          /s/ *Dennis J. Drasco*_____
                                    Dennis J. Drasco
                                    Arthur M. Owens
                                    **LUM, DRASCO & POSITAN, LLC**
                                    103 Eisenhower Parkway
                                    Roseland, NJ 07068
                                    Phone: 973-403-9000
                                    Fax: 973-403-9021
                                    DDrasco@lumlaw.com
                                    AOwens@lumlaw.com

Howard J. Sedran, pro hac vice pending
Austin B. Cohen, pro hac vice pending
Keith J. Verrier
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Tel: 215-592-1500
Fax: 215-592-4663
hsedran@lfsblaw.com
acohen@lfsblaw.com
kverrier@lfsblaw.com

Roberta D. Liebenberg, pro hac vice pending
Donald L. Perelman, pro hac vice pending
Gerard A. Dever, pro hac vice pending
Paul Costa, pro hac vice pending
Ria Momblanco, pro hac vice pending
**FINE, KAPLAN AND BLACK, R.P.C**.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Phone: (215) 567-6565
rliebenberg@finekaplan.com
dperelman@finekaplan.com
gdever@finekaplan.com
pcosta@finekaplan.com
rmomblanco@finekaplan.com

W. Daniel "Dee" Miles, III, pro hac vice pending
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Post Office Box 4160 (36103)
Montgomery, AL 36104
Tel: 334.269.2343
Fax: 334.954.7555
Dee.Miles@BeasleyAllen.com

***Attorneys for Plaintiff eIQ Energy, Inc.***